# Exhibit I

Screenshots of Accused Products – Group 2










IPHONE CASES    SAMSUNG CASES    CHARGERS    HATS    CHARMS ▾    STICKERS    SALE

FREE SHIPPING!    U.S. Orders $40+    Outside U.S. $60+

HOME / HOLOGRAPHIC PHONE CASES / OPAL FLAKES DUAL IPHONE CASE





### Opal Flakes Dual iPhone Case

★★★★★ 7 Reviews  💬 Ask a question

$29.99

iPhone 8 / 7 ▾    SOLD OUT

EMAIL WHEN AVAILABLE

FAST SHIPPING
Orders ship within 24 hours, M-F & delivered within 3-5 business days.

EASY RETURNS
If you're unhappy, ship it back within 14 days of delivery for a full refund.

    17

Ask us a question!






Case 2:18-cv-00238-FB-AYS   Document 1-11   Filed 01/12/18   Page 5 of 5 PageID #: 178


