# Exhibit J
## Photographs of Accused Products – Group 2



# VELVET CAVIAR®

## Phone Case



**Bumper Protection** - Full 360 degree phone coverage on all sides and buttons.



**Shock Absorbing** - Composed of shock dispersing features to prevent internal phone damage.

URB



**Scree**
lip des
screer
keepir

CASE:6/7/8 RSGLD FLK(1/12 CLEAR ALL

44946523

0044946523

000044946523

MAWN/V340/AS/ZTZ140X112/SKU120

DESIGNED WITH ♥ IN NEW YORK

hello@velvetcaviar.com
www.velvetcaviar.com



Please recycle the package. Thanks!

**URBAN OUTFITTERS**
44946523
0551       056374
$30.00

















